EUSTACE DE SAINT PHALLE, SBN 179100
JOHN C. BOLLIER, SBN 267748
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Tel: (415) 341-9341
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

Attorneys for Plaintiff
RICHARD RAINVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAINVILLE,<br><br>    Plaintiff,<br>v.<br><br>ANTHEM UM SERVICES, INC.; BLUE CROSS OF CALIFORNIA (a corporation); ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY (a corporation); BOARD OF TRUSTEES, DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; DOES ONE through ONE-HUNDRED,<br><br>    Defendants. | CASE NO. 3:18-CV-07099-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSE~~D] ORDER** |

    Plaintiff Richard Rainville and defendants Anthem Um Services, Inc., Anthem Blue Cross dba Blue Cross Of California, and Anthem Blue Cross Life And Health Insurance Company agree and hereby stipulate to dismiss the entire action with prejudice.

    **THEREFORE, IT IS HEREBY STIPULATED** by and between plaintiff and defendants through their designated counsel that the above-captioned action should be dismissed with prejudice as to all defendants pursuant to FRCP 41(a)(1)(A). The parties further stipulate that each party shall bear its

own attorneys' fees, expenses, and costs.

**IT IS SO STIPULATED.**

Dated: September 23, 2019

Respectfully submitted,

**RAINS LUCIA STERN
ST. PHALLE & SILVER, PC**

*/s/ John C. Bollier*
By: John C. Bollier
Attorneys for Plaintiff
RICHARD RAINVILLE

Respectfully submitted,

**REED SMITH, LLP**

*/s/ Karen A. Braje*
By: Karen A. Braje
Attorney for Defendants ANTHEM UM SERVICES, INC.; BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

## ~~PROPOSED~~ ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against all defendants pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated  9/24 , 2019

_____
Hon. Richard Seeborg